# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAYSAROH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 13-1743 (ABJ) |
| AMERICAN ARAB COMMUNICATIONS & TRANSLATION CENTER, LLC, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that defendants' motion to transfer [Dkt. # 13] is GRANTED, and that this action is transferred to the United States District Court for the Eastern District of Virginia pursuant to 28 U.S.C. § 1406(a). It is FURTHER ORDERED that defendants' motion to dismiss is denied as moot.

*/s/ Amy B. Jackson*

AMY BERMAN JACKSON
United States District Judge

DATE: June 25, 2014